# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED: JUNE 19, 2008

In the Matter of

LATOYA WHITE,
v.
CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut corporation,

Case Number: 08CV3522
JUDGE HIBBLER
MAGISTRATE JUDGE SCHENKIER

TC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut corporation

| | |
|---|---|
| NAME (Type or print) Daniel K. Ryan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Daniel K. Ryan | |
| FIRM Hinshaw & Culbertson LLP | |
| STREET ADDRESS 222 N. LaSalle St., Suite 300 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6196616 | TELEPHONE NUMBER (312) 704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |