**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:   08CV3522

LATOYA WHITE, Plaintiff,

v.  CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut corp.,

Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LATOYA WHITE.

| | |
|---|---|
| NAME (Type or print)<br>PAUL G. KRENTZ | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Paul G. Krentz | |
| FIRM<br>KINNALLY, FLAHERTY, KRENTZ & LORAN, P.C. | |
| STREET ADDRESS<br>2114 Deerpath Road | |
| CITY/STATE/ZIP<br>Aurora, IL 60506 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6185650 | TELEPHONE NUMBER<br>630/907-0909 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |