IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATOYA WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 3522 |
| ) | |
| CONNECTICUT GENERAL LIFE INSURANCE ) | Judge Hibbler |
| COMPANY, a Connecticut corporation, ) | Magistrate Judge Schenkier |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

NOW COMES, Connecticut General Life Insurance Company ("CGLIC"), by its attorneys Daniel K. Ryan and Clay M. Ullrick of Hinshaw & Culbertson LLP, and for its Motion for Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Complaint, states as follows:

1. On or about April 8, 2008, Plaintiff, Latoya White filed a Complaint against Defendant CGLIC.

2. On or about May 28, 2008, the Summons and Complaint were served upon Defendant.

3. On June 19, 2008, Defendant CGLIC removed this action from state court to federal court.

4. Defendant CGLIC is due to file a responsive pleading in the instant case on July 9, 2008.

5. The below-signed counsel requires additional time to adequately investigate the Plaintiff's claims set forth in the Complaint and thereafter prepare and file an appropriate pleading and response to Plaintiff's Complaint.

6338730v1 889292

6. Defendant CGLIC respectfully requests an enlargement of time up to and including July 16, 2008 in which to answer or otherwise plead to Plaintiff's Complaint.

7. This motion is not being brought for purposes of delay.

WHEREFORE, Defendant CGLIC respectfully prays this Honorable Court enter an Order granting an enlargement of time up to and including July 16, 2008, in which to answer or otherwise plead to Plaintiff's Complaint, and for such other and further relief as the Court deems just and proper.

                                           Respectfully submitted,
                                           HINSHAW & CULBERTSON LLP

                                           s/ Clay M. Ullrick
                                           Attorney for Defendant

Daniel K. Ryan
Clay M. Ullrick
Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
(312) 704-3000

6338730v1 889292