IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATOYA WHITE,                       )<br>                                     )<br>        Plaintiff,                  )<br>                                     )<br>v.                                   )<br>                                     )<br>CONNECTICUT GENERAL LIFE INSURANCE   )<br>COMPANY, a Connecticut corporation,  )<br>                                     )<br>        Defendant.                   )  | Case No. 08 C 3522<br><br>Judge Hibbler<br>Magistrate Judge Schenkier |

### NOTICE OF MOTION

TO:   Paul G. Krentz
      Kinnally, Flaherty, Krentz & Loran, P.C.
      2114 Deerpath Road
      Aurora, IL 60506

   PLEASE TAKE NOTICE THAT on Tuesday, July 15, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable William J. Hibbler in Courtroom 1225 or the courtroom usually occupied by him in the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present our **Motion for Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Complaint,** a copy of which is attached hereto and herewith served upon you.

                                        Respectfully submitted,

                                        HINSHAW & CULBERTSON LLP

                                        By: /s/ Clay M. Ullrick
                                            Attorney for Defendant

Daniel K. Ryan
Clay M. Ullrick
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL  60601
(312) 704-3000

6338764v1 889292

## **CERTIFICATE OF SERVICE**

    I, the undersigned attorney, certify that I filed this Notice of Motion and document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to the counsel of record listed above on this 9th day of July, 2008.

                                         /s/ Clay M. Ullrick