UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Latoya White

                                                        Plaintiff,

v.                                                                Case No.:
1:08−cv−03522

Honorable William J. Hibbler

Connecticut General Life Insurance Company

                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Defendant's motion for enlargement of time until 7/16/08 to answer or otherwise plead to plaintiff's complaint is granted. Status hearing to set discovery schedule set for 8/6/08 at 9:30 a.m. Parties to submit joint proposed discovery schedule to the Court by 8/4/08. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.