# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3522 | **DATE** | 7/15/2008 |
| **CASE TITLE** | White vs. Connecticut General Life | | |

**DOCKET ENTRY TEXT**

Defendant's motion for enlargement of time until 7/16/08 to answer or otherwise plead to plaintiff's complaint is granted. Status hearing to set discovery schedule set for 8/6/08 at 9:30 a.m. Parties to submit joint proposed discovery schedule to the Court by 8/4/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|