IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATOYA WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 3522 |
| ) | |
| CONNECTICUT GENERAL LIFE INSURANCE ) | Judge Hibbler |
| COMPANY, a Connecticut corporation, ) | Magistrate Judge Schenkier |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO: Paul G. Krentz
Kinnally, Flaherty, Krentz & Loran, P.C.
2114 Deerpath Road
Aurora, IL 60506

PLEASE TAKE NOTICE THAT on Wednesday, August 6, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable William J. Hibbler in Courtroom 1225 or the courtroom usually occupied by him in the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present our **Motion for Leave to File Third-Party Complaint,** a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: /s/ Clay M. Ullrick
Attorney for Defendant

Daniel K. Ryan
Clay M. Ullrick
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
(312) 704-3000

6338764v1 889292

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, certify that I filed this Notice of Motion and document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to the counsel of record listed above on this 31st day of July, 2008.

    /s/ Clay M. Ullrick

6338764v1 889292