## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3522 | **DATE** | 8/6/2008 |
| **CASE TITLE** | WHITE vs. CONNECTICUT GENERAL LIFE INS. CO. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/10/08 at 9:30 a.m. Defendant's motion for leave to file third-party complaint is granted. Summons to issue on the third-party complaint.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | JHC |
|---|---|---|